EMMETT O'NEILL, *Executor, etc., Appellant, v.* WILLIAM W. BEN-
DER, *Respondent.* — Order reversed, with ten dollars costs and
printing disbursements.  Opinion by BOCKES, J.; LEARNED, P.
J., taking no part.

IN THE MATTER OF THE GUARDIANSHIP OF JOHN A. THOMPSON,
*as Special Guardian of* CATHERINE E. DODGE.— Order, so far as
it affects Mrs. Kamerlin, reversed ; in other respects, modified in
accordance with opinion of BOARDMAN, J.   No costs of appeal
to any party.

THE PEOPLE OF THE STATE OF NEW YORK, *Plaintiffs in Error,*
*v.* JOHN O'CONNELL, *Respondent in Error.* — Judgment of con-
viction affirmed.  Opinion by BOARDMAN, J.

JOHN P. BLOOMINGDALE, *Appellant, v.* DAVID MARTIN and JAMES
RYALL, *as Executors, etc., Respondents.* — Order affirmed, and
judgment for defendants, with costs.  Opinion by BOCKES, J.

JACKSON S. CARPENTER, *Respondent, v.* OSCAR M. SOULE, *as*
*Executor, etc., Appellant.*— Judgment affirmed, with costs.
Opinion by LEARNED, P. J.

SEWELL S. MORGAN, *Respondent, v.* JAMES F. CLARK, *Sheriff, etc.,*
and ORION HAIGHT, *his Deputy, Appellants.* — Judgment
affirmed, with costs.  Opinion by BOARDMAN, J.

RENSSELAER RILEY and others, *Appellants, v.* JOHN C. HULBERT
and others, *Respondents.* — Order affirmed, with ten dollars costs
and printing disbursements.  Opinion by BOARDMAN, J.; BOCKES,
J., taking no part.

CHARLES H. BOWNE *v.* WILLIAM H. BOWNE, *Appellant,* ELLIOTT
LYNDE, *Respondent, Impleaded, etc.* — Judgment affirmed, with
costs.  Opinion by BOARDMAN, J.

JAMES C. BEST, *Respondent, v.* BENJAMIN F. LYON and WILLIAM
H. TEN EYCK, *as Executors, etc., Appellants.* — Judgment and
order reversed, new trial ordered, costs to abide event.   Opinions
by LEARNED, P. J., and BOARDMAN, J.; BOCKES, J., dissenting.

JOHN ROHRBACH, *Respondent, v.* THE GERMANIA FIRE INSURANCE
COMPANY, *Appellant.*— Judgment affirmed, with costs.   Opinion
by BOCKES, J.

RENSSELAER RILEY and others, *Appellants,* v. JOHN C. HULBERT,
*Respondent.*—Judgment affirmed.  Opinion by BOARDMAN, J.;
BOCKES, J., takes no part.

HARRIET E. HESS, *Respondent, v.* JOHN SPRAGUE, *Appellant.* —
Judgment affirmed.  Opinion by BOARDMAN, J.; LEARNED, P.
J., dissents.

ELLEN SITTERLY, *Respondent, v.* ANDREW GREGG, *Appellant.* —
Judgment and order affirmed, with costs.  Opinion by BOARDMAN,
J.; LEARNED, P. J., dissents.

ELLEN URQUHART, *Respondent, v.* THE CITY OF OGDENSBURG,
*Appellant.* — Judgment and order affirmed, with costs.  Opinion
by BOARDMAN, J.